1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| NATIVIDAD GUTIERREZ, | ) No.  1:14-CV-00325-LJO-SMS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **MANDATORY SCHEDULING** |
|  | ) **CONFERENCE;  ORDER THEREON** |
| TOMASA ROMERO, individually and dba OAXACA RESTAURANT, | ) Current MSC Date:    June 11, 2014 |
|  | ) Time:                          1:30 p.m. |
| Defendant. | ) Courtroom:                 1 |
|  | ) Magistrate Judge Sandra M. Snyder |

WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff"), by and through his attorneys of record, and Defendant Tomasa Romero, individually and dba Oaxaca Restaurant ("Defendant," and together with Plaintiff, "the Parties"), are engaged in settlement negotiations and are optimistically hopeful that a settlement will be reached within the next month;

WHEREAS, the Mandatory Scheduling Conference is currently scheduled in this matter for June 11, 2014 at 1:30 p.m., which will not provide the Parties enough time to explore and/or complete a resolution through settlement;

STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER

Page 1

1    WHEREAS, the Parties desire to conserve the resources of this Court and avoid incurring additional attorney's fees and costs;

    IT IS HEREBY STIPULATED that the Mandatory Scheduling Conference currently set for June 11, 2014 be continued to a date after July 7, 2014 at the Court's convenience.

Dated:  June 3, 2014                                    MOORE LAW FIRM, P.C.


                                                        /s/ Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorneys for Plaintiff
                                                        Natividad Gutierrez


                                                        /s/ Tomasa Romero
                                                        Tomasa Romero, individually and dba
                                                        Oaxaca Mexican Restaurant,
                                                        Defendant in Pro Per

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that her concurrence in the filing of this document and attribution of her signature was obtained.

                                                        /s/ Tanya E. Moore
                                                        Tanya E. Moore, Attorney for
                                                        Plaintiff, Natividad Gutierrez

## **ORDER**

    The parties having so stipulated and good cause appearing,

    **IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference Conference currently set for June 11, 2014 be continued to July 30, 2014 at 1:30 p.m. before Magistrate Judge Sandra M. Snyder in Courtroom 1 of the above-entitled Court.  All other requirements set forth in the Court's Order Setting Mandatory Scheduling Conference (Dkt. 3) shall remain unchanged.

    **IT IS SO ORDERED**.

Dated: 6/4/2014                                         /s/ SANDRA M. SNYDER
                                                        United States Magistrate Judge


STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER