1 | Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 | 332 North Second Street
San Jose, California 95112
3 | Telephone (408) 298-2000
Facsimile (408) 298-6046
4 | Email: tanya@moorelawfirm.com

5 | Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No. 1:14-cv-00325-LJO-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| TOMASA ROMERO, individually and dba OAXACA RESTAURANT, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff, Natividad Gutierrez, by and through his counsel, and self-represented Defendant, Tomasa Romero, individually and dba Oaxaca Restaurant, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: October 2, 2014                MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorneys for Plaintiff,
Natividad Gutierrez

*/s/ Tomasa Romero*
Defendant, Tomasa Romero, individually and dba Oaxaca Restaurant

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that her concurrence in the filing of this document and attribution of her signature was obtained.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Natividad Gutierrez

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   **October 2, 2014**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE